1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

8

CENTRAL DISTRICT OF CALIFORNIA

9

10 CORDELL RABON,                         )   Case No. EDCV 13-1977 AB (FFM)
                                          )
11                    Petitioner,         )
                                          )   JUDGMENT
12          v.                            )
                                          )
13 GRVS,                                  )
                                          )
14                    Respondent.         )
                                          )
15 _____ )

16       Pursuant to the Order Accepting Findings, Conclusions and Recommendations of

17 United States Magistrate Judge,

18       IT IS ADJUDGED that respondent's Motion to Dismiss is granted and judgment

19 be entered denying the Petition with prejudice as time-barred.

20

21 DATED:   January 27, 2015

22

23                                            _____
                                                      ANDRÉ BIROTTE
24                                              United States District Judge

25

26

27

28